UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:15-CR-240-B |
| | § | |
| MARIAMMA VIJU, | § | |
| | § | |
| Defendant, | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Mariamma Viju's Claims for Exemptions, Request for Hearing, and/or Request for Transfer. Doc. 145 (Viju). On August 1, 2017, the Court entered judgment against Viju in this case for one count of Wrongful Disclosure of Individually Identifiable Health Information, in violation of 42 U.S.C. § 1320d-6(a) and ordered Viju to pay, among other amounts, $277,957.89 in restitution. Doc. 116, J., 1, 5. To enforce the Court's judgment, the United States sought and received a writ of garnishment, serving the writ on the garnishees and subsequently on the defendant. Doc. 122, Appl. for Writ of Garnishment; Doc. 129, Ex Parte Order for Issuance of Writ of Garnishment; Doc. 146, Proof of Service.

In Viju's current Claim for Exemptions and Request for Hearing, she claims no exemptions from garnishment but she requests a hearing. But Viju does not say why the Court should grant her a hearing. The Court thus **DENIES** Viju's request.

SO ORDERED.

SIGNED: March 1, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE